# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB FAY LUKE, SR.

NO. 2025 KW 0551

**AUGUST 18, 2025**

---

In Re: Jacob Fay Luke, Sr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 794927.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT